IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ERNEST HENDERSON, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>JUDGE LESS HAYES, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:16cv63-MHT<br>(WO) |

OPINION

Plaintiff filed this lawsuit seeking to void a decision by a municipal court judge and to have his driver's license reinstated. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 5th day of July, 2017.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE